IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONAHUE GEORGE CLOGSTON,

    Petitioner,

v.                                      No. CIV 05-1325 JB/DJS

JOSE ROMERO, Warden,

    Respondent.

### ORDER AND JUDGMENT

This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, no objections to the proposed findings and recommended disposition having been filed, and the Court having made a determination of the Magistrate Judge's proposed findings and recommended disposition;

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court, with the following modifications:

    1. The case number on page one of the Magistrate Judge's document states "CIVIL NO. 05-1235 JB/DJS." The case number should appear as "CIVIL NO. 05-1325 JB/DJS."

    2. In paragraph 6, at the fourth line, on page 3, the Magistrate Judge states the revocation hearing was held on May 25, 2004. The Court modifies that to May 26, 2004.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action be, and hereby is, dismissed with prejudice.

_____
**HON. JAMES O. BROWNING**
**UNITED STATES DISTRICT JUDGE**